## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele L. Young <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-13470 REF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING as servicer for SLC 2018-1 Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734