*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michele L. Young
    Debtor(s)

Case No: 18–13470–ref
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the First, Second, and Final Installment Payment with total amount due of $240.00.

will be held before the Honorable Richard E. Fehling, United States Bankruptcy Court

on: 7/5/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 11, 2018

15
Form 175