Michele L. Young
Case # 18-13470-ref
Eastern District of Pennsylvania

FILED
2018 AUG -9 AM 10: 16
U.S. BANKRUPTCY COURT

## Matrix List of Creditors

PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342
Loan #: 0002895036

Attorney for the Lender:

KML Law Group, P.C.
701 Market Street
Suite 5000 (BNY Independence Center)
Philadelphia, PA 19106-1532

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165-0250

UGI Utilities, Inc.
P.O. Box 15503
Wilmington, DE 19886-5503

End of List