*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michele L. Young
    Debtor(s)

Case No: 18–13470–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer – Form 119 Signed by Kristina (Tina) Calvaresi Filed by Michele L. Young.

    on: 8/16/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 8/9/18

Timothy B. McGrath
Clerk of Court

27 – 22
Form 167